# THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 9 MM 2017
:
Respondent :
:
:
:
v. :
:
:
:
TYRONE LAMONT WILLIAMS, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.